**Fill in this information to identify the case:**

United States Bankruptcy Court for the

Southern District of New York

Case number (if known) _____ Chapter 15

☐ Check if this is an amended filing

# Official Form 401
# Chapter 15 Petition for Recognition of a Foreign Proceeding    12/15

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write debtor's name and case number (if known).

1. **Debtor's name**    EnQuest PLC

2. **Debtor's unique identifier**

   For non-individual debtors:

   ☐ Federal Employer Identification Number (EIN) ___ ___ - ___ ___ ___ ___ ___ ___ ___

   ☑ Other 07140891    Describe identifier  Registered Co. Number

   For individual debtors:

   ☐ Social Security number  xxx – xx– ___ ___ ___ ___

   ☐ Individual Taxpayer Identification number (ITIN)  9 xx – xx – ___ ___ ___ ___

   ☐ Other _____  Describe identifier _____

3. **Name of foreign representative(s)**    Stefan Ricketts

4. **Foreign proceeding in which appointment of the foreign representative(s) occurred**    High Court of Justice of England and Wales (Part 26 of Companies Act of 2006)

5. **Nature of the foreign proceeding**

   Check one

   ☑ Foreign main proceeding
   ☐ Foreign nonmain proceeding
   ☐ Foreign main proceeding, or in the alternative foreign nonmain proceeding

6. **Evidence of the foreign proceeding**

   ☑ A certified copy, translated into English, of the decision commencing the foreign proceeding and appointing the foreign representative is attached

   ☐ A certificate, translated into English, from the foreign court, affirming the existence of the foreign proceeding and of the appointment of the foreign representative, is attached

   ☐ Other evidence of the existence of the foreign proceeding and of the appointment of the foreign representative is described below, and relevant documentation, translated into English, is attached

   _____

7. **Is this the only foreign proceeding with respect to the debtor known to the foreign representative(s)?**

   ☐ No (Attach a statement identifying each country in which a foreign proceeding by, regarding, or against the debtor is pending)

   ☑ Yes

Official Form 401    Chapter 15 Petition for Recognition of a Foreign Proceeding    page 1

Debtor   __EnQuest PLC__                                      Case number (if known)_____
         Name

8. **Others entitled to notice**   Attach a list containing the names and addresses of

   (i) all persons or bodies authorized to administer foreign proceedings of the debtor,

   (ii) all parties to litigation pending in the United States in which the debtor is a party at the time of filing of this petition, and

   (iii) all entities against whom provisional relief is being sought under § 1519 of the Bankruptcy Code

9. **Addresses**

| Country where the debtor has the center of its main interests: | Debtor's registered office: |
|---|---|
| United Kingdom | __Cunard House, 5th Floor__  Number    Street |
| | __15 Regent Street__  P O Box |
| | __London__         __SW1Y 4L__  City    State/Province/Region    ZIP/Postal Code |
| | __United Kingdom__  Country |

| Individual debtor's habitual residence: | Address of foreign representative(s): |
|---|---|
| __n/a__  Number   Street | __Cunard House, 5th Floor__  Number   Street |
| P O Box | __15 Regent Street__  P O Box |
| City   State/Province/Region   ZIP/Postal Code | __London__   __SW1Y 4L__  City   State/Province/Region   ZIP/Postal Code |
| Country | __United Kingdom__  Country |

10. **Debtor's website (URL)**   __www.enquest.com__

11. **Type of debtor**

    *Check one*

    ☑ Non-individual (*check one*)

       ☑ Corporation   Attach a corporate ownership statement containing the information described in Fed R Bankr P 7007 1

       ☐ Partnership

       ☐ Other  Specify _____

    ☐ Individual

Official Form 401    Chapter 15 Petition for Recognition of a Foreign Proceeding    page 2

Debtor    EnQuest PLC
          Name                                                        Case number (if known)

**12. Why is venue proper in *this district*?**

Check one

☑ Debtor's principal place of business or principal assets in the United States are in this district.

☐ Debtor does not have a place of business or assets in the United States, but the following action or proceeding in a federal or state court is pending against the debtor in this district:

_____

☐ If neither box is checked, venue is consistent with the interests of justice and the convenience of the parties, having regard to the relief sought by the foreign representative, because:

_____

**13. Signature of foreign representative(s)**

I request relief in accordance with chapter 15 of title 11, United States Code.

I am the foreign representative of a debtor in a foreign proceeding, the debtor is eligible for the relief sought in this petition, and I am authorized to file this petition.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct,

✘ /s/ Stefan Ricketts                              Stefan Ricketts
Signature of foreign representative                Printed name

Executed on    10/24/2016
               MM / DD / YYYY

✘ _____        _____
Signature of foreign representative                Printed name

Executed on    _____
               MM / DD / YYYY

**14. Signature of attorney**

✘ /s/ Alan W. Kornberg                       Date    10/24/2016
Signature of Attorney for foreign representative    MM / DD / YYYY

Alan W. Kornberg
Printed name
Paul, Weiss, Rifkind, Wharton & Garrison, LLP
Firm name
1285 Avenue of the Americas
Number    Street
New York                                       NY         10019
City                                           State      ZIP Code

(212) 373-3000                                 akornberg@paulweiss.com
Contact phone                                  Email address

1218593                                        NY
Bar number                                     State

Official Form 401          Chapter 15 Petition for Recognition of a Foreign Proceeding          page 3