UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>EnQuest PLC,[1]<br><br>        Debtor in Foreign Proceedings. | Chapter 15<br><br>Case No. 16-12983 (MEW) |

**SECOND DECLARATION OF STEFAN RICKETTS IN
SUPPORT OF THE VERIFIED PETITION AND MOTION**

      I, STEFAN RICKETTS, pursuant to 28 U.S.C. § 1746, hereby declare under penalty of perjury under the laws of the United States as follows:

      1.    I am the General Counsel and Company Secretary of the above-captioned debtor (the "Debtor") and its duly authorized foreign representative in this chapter 15 case. I submit this declaration (the "Second Declaration") in further support of the *Verified Petition for Recognition of Foreign Main Proceedings and Motion for Order Granting Related Relief Pursuant to Sections 1504, 1507, 1515, 1517, 1520 and 1521 of the Bankruptcy Code* dated October 24, 2016 (the "Petition and Motion") [Docket No. 2].[2]

      2.    The Debtor Scheme Meeting took place at 11.00 a.m. (GMT) on November 14, 2016, at the offices of Ashurst LLP, located at Broadwalk House, 5 Appold Street, London, EC2A 2HA, United Kingdom. The Scheme Creditors approved the Scheme by the requisite majorities under relevant English law. 1,931 Scheme Creditors representing 85.02% by value participated in the Scheme Meeting (in person or by proxy). Of the Scheme Creditors who

---

[1] The Debtor in the foreign proceedings, along with the last four digits of its registered company number, is EnQuest PLC [0891]. The location of the Debtor's corporate headquarters and registered office is: Cunard House, 5th Floor, 15 Regent Street, London, SW1Y 4LR, United Kingdom.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Petition and Motion.

2

were present (in person or by proxy) and entitled to vote, 99.87% by value and 99.90% by number voted in favor of the Scheme. A copy of the scrutineer's certificate setting out the results of the Scheme Meeting prepared by the independent scrutineer appointed by the English Court, Lucid Issuer Services Limited, and confirming the foregoing is attached hereto as <u>Exhibit A</u>.

        3.        On November 16, 2016, the English Court approved the Scheme at the Sanction Hearing and issued the Sanction Order. A copy of the Sanction Order is attached hereto as <u>Exhibit B</u>.

*[Remainder of page intentionally left blank.]*

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge, information and belief.

Dated: November 16, 2016
      London, England

Name: Stefan Ricketts
Title: General Counsel and Company Secretary of EnQuest PLC

3