## EXHIBIT A

### Scrutineer's Certificate

## ENQUEST PLC (the "Company")

## SCRUTINEER'S CERTIFICATE

### COURT MEETING OF SCHEME CREDITORS AT 11.00 A.M. ON MONDAY 14 NOVEMBER 2016

Unless stated otherwise, capitalised terms used in this certificate that are not defined have the meaning given to them in the Scheme (as defined below).

As scrutineer appointed for the purpose of the poll taken at the meeting of Scheme Creditors convened by the direction of the High Court of Justice of England and Wales and held at the offices of Ashurst LLP, Broadwalk House, 5 Appold Street, London, EC2A 2HA, we certify that the table below correctly records the result of the poll in respect of the following resolution:

**"That the scheme of arrangement dated 25 October 2016 (the "Scheme") proposed to be made between the Company and the Scheme Creditors, a print of which has been produced to this meeting and for the purposes of identification signed by the Chairman hereof, in its original form or subject to such modification, addition or condition approved or imposed by the Court and/or agreed to by the Company, be and is hereby approved."**

**TOTAL RESULTS:**

| SCHEME CREDITORS | Total Present And Voting | | Votes For The Scheme | | Votes Against The Scheme | |
|---|---|---|---|---|---|---|
| Present | No. of Scheme Creditors | Voting Value of Scheme Claims Represented (US$) | No. of Scheme Creditors | Voting Value of Scheme Claims Represented (US$) | No. of Scheme Creditors | Voting Value of Scheme Claims Represented (US$) |
| In Person | 9 | 95,831,590.56 | 9 | 95,831,590.56 | 0 | 0 |
| By Proxy | 1,922 | 644,491,339.36 | 1,920 | 643,545,142.11 | 2 | 946,197.25 |
| Totals | 1,931 | 740,322,929.92 | 1,929 (99.90%) | 739,376,732.67 (99.87%) | 2 (0.10%) | 946,197.25 (0.13%) |

LONDON\51789042.08

**BREAKDOWN OF RESULTS:**

| HIGH YIELD | Total Present And Voting | | Votes For The Scheme | | Votes Against The Scheme | |
|---|---|---|---|---|---|---|
| Present | No. of High Yield Noteholders | Voting Value of High Yield Notes Scheme Claims Represented (US$) | No. of High Yield Noteholders | Voting Value of High Yield Notes Scheme Claims Represented (US$) | No. of High Yield Noteholders | Voting Value of High Yield Notes Scheme Claims Represented (US$) |
| In Person | 8 | 93,881,286.44 | 8 | 93,881,286.44 | 0 | 0 |
| By Proxy | 115 | 552,506,374.32 | 115 | 552,506,374.32 | 0 | 0 |
| Totals | 123 | 646,387,660.76 | 123 (100%) | 646,387,660.76 (100%) | 0 (0%) | 0 (0%) |

| RETAIL | Total Present And Voting | | Votes For The Scheme | | Votes Against The Scheme | |
|---|---|---|---|---|---|---|
| Present | No. of Retail Noteholders | Voting Value of Retail Notes Scheme Claims Represented | No. of Retail Noteholders (and %) | Voting Value of Retail Notes Scheme Claims Represented (and %) | No. of Retail Noteholders (and %) | Voting Value of Retail Notes Scheme Claims Represented (and %) |
| In Person | 1 | 1,950,304.12 | 1 | 1,950,304.12 | 0 | 0 |
| By Proxy | 1807 | 91,984,965.04 | 1805 | 91,038,767.79 | 2 | 946,197.25 |
| Totals | 1808 | 93,935,269.16 | 1806 (99.89%) | 92,989,071.91 (98.99%) | 2 (0.11%) | 946,197.25 (1.01%) |

LONDON\51789042.08

Two Scheme Creditors submitted account holder letters in respect of the Scheme Meeting but abstained from voting.

In order to be passed, the resolution required a majority in number, representing 75 per cent. of the aggregate voting value, of the Scheme Creditors present and voting either in person or by proxy, to vote in favour and, accordingly, we are able to confirm that the resolution was CARRIED.

In arriving at the above results, we have scrutinised the proxy cards received by us.

As at 5.00 p.m. (New York Time) on 10 November 2016 (being the Record Time), there were 1,931 Scheme Creditors holding Scheme Claims with an aggregate voting value of US$740,322,929.92 and constituting 85.02 per cent. of all Scheme Creditors by value.

The total value of the Scheme Claims has been calculated by adding the Scheme Claims in respect of the Retail Notes to the Scheme Claims in respect of the High Yield Notes. The Retail Notes are denominated in Sterling and so have been notionally converted into US Dollars at an exchange rate of 1:1.2238 (being the Scheme FX Rate) for the purpose of calculating the value of those Scheme Claims in connection with voting at this Scheme Meeting.

**Scrutineer**:    Lucid Issuer Services Limited   (company no. 05098454)

**Address**:    Tankerton Works, 12 Argyle Walk, London, WC1H 8HA

**Date**:    15 November 2016

**Signature**: ...........

**Name**:    David Shilson

**Position**:    Director, Lucid Issuer Services Limited

LONDON\51789042.08

3